IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EG, by and through Minnie Nye, Her Mother and next friend,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ALLEN, CHEYENNE POLICE DEPARTMENT, CHEYENNE SOUTH HIGH SCHOOL, LARAMIE COUNTY SCHOOL DISTRICT #1, LOUIS SISEMORE, AND COLBY M. WHITE,<br><br>Defendants. | Case No. 14-CV-220-S |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 FEB 6 PM 2 07
STEPHAN HARRIS, CLERK
CASPER

## ORDER DISMISSING WITHOUT PREJUDICE CITY OF CHEYENNE AND CHEYENNE POLICE DEPARTMENT

THIS MATTER having come before the Court on the Stipulation for Dismissal without Prejudice of Defendants City of Cheyenne and Cheyenne Police Department and the Court being fully advised on the premises, orders as follows:

IT IS HEREBY ORDERED that Defendants City of Cheyenne and Cheyenne Police Department are hereby dismissed without prejudice.

DATED this 6th day of February, 2015.

DISTRICT COURT JUDGE

1