

FILED

4:04 pm, 10/7/15

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | | |
|---|---|---|
| EG, by and through Minnie Nye, her mother and next friend, | ) ) ) | |
| Plaintiff | ) ) | Civil Action 14-CV-220-J |
| v. | ) ) ) | |
| LARAMIE COUNTY SCHOOL DISTRICT #1 | ) ) | |

___

**ORDER on PLAINTIFF'S UNOPPOSED MOTION to DISMISS MINNIE NYE AS NEXT FRIEND, to SUBSTITUTE EBONY GANINO AS SOLE PLAINTIFF and to AMEND CAPTION**

___

On this 7th day of October, 2015, the Court considered Plaintiff's Unopposed Motion to Dismiss Minnie Nye as next friend, to substitute Ebony Ganino as sole Plaintiff and to Amend Caption. Upon careful consideration, the motion is hereby GRANTED.

Dated this 7th day of October, 2015.

_____
U.S. Magistrate Judge