IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 MAR 18 AM 11 38

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| EBONY GANINO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 14-CV-220-S |
| | ) |
| LARAMIE COUNTY SCHOOL DISTRICT #1, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

The above captioned matter came before this Court upon the parties' Stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a), and the Court, being advised in the premises, hereby finds that said matter should be dismissed, accordingly,

IT IS HEREBY ORDERED that the First Amended Complaint in this matter and all of its underlying claims and causes of action, be, and the same hereby is dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

DATED this 18th day of March, 2016.

_____
United States District Judge